# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Criminal Minute Order

Date: February 24, 2015                                Time in Court: 1 hour and 8 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (1:52 to 2:39; 3:14 to 3:14)

**TITLE: USA v. Armin Harcevic (Custody)(Present)**
**CASE NUMBER**: **15-mj-70142 MAG**
**Government Attorney(s) present:** Amber Rosen
**Defendant Attorney(s) present:** Graham Archer, AFPD
**Pretrial Services Officer(s) present:** Richard Sarlatte

### PROCEEDINGS:
### Defendant's Motion for Reconsideration of Bail

Defendant Armin Harcevic is present, in custody and does not require the services of an interpreter.

Matter on for Defendant's Motion for Reconsideration of Bail.
Conditions of release. Defendant to surrender expired passport. $1,000.000.00 cash/property bond to be posted (3 sureties, 1 custodian).
The government moves for stay of the release order pending appeal in the charging district.
Parties to contact CRD when cash & property package ready to be posted to schedule a hearing. The court will address stay at that time.
ID/Removal hearing waived. Waiver of Rule 5 & 5.1 Hearings is executed and accepted in open court.
Commitment order stayed for 14 days. The court is open to entertain any request for extension of time.
Defendant is remanded to the custody of the U.S. Marshals.

///